AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

ALEXA CHUNG, ANASTASIA KOLGANOVA, ASTRID BAARSMA, LEONA WALTON, BRILEY JONES, CRISTA COBER, DANIELA WITT, TATIANA ESMERALDA SEAY-REYNOLDS, GEORGIA HILMER, GRACE HARTZEL, HEDVIG PALM, JULIA FLEMING, JULIE HOOMANS, KATE BOGUCHARSKAIA, KAROLIN WOLTER DANIELS, LINEISY MONTERO FELIZ, SANDRA SCHMIDT, ZUZANNA BIJOCH,

*Plaintiff(s)*

v.

THE REALREAL, INC.

*Defendant(s)*

Civil Action No. 17-CV-00849

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE REALREAL, INC.
55 Francisco Street, Suite 600
San Francisco, CA 94133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EDWARD C. GREENBERG, LLC
570 Lexington Avenue, 19th Floor
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
*Signature of Clerk or Deputy Clerk*